UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DOLORES RUIZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:23-cv-00826-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING TIME FOR FILING OF OPENING BRIEF<br><br>(Doc. 10) |

Plaintiff Maria Dolores Ruiz ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits under the Social Security Act.  (Doc. 1).

Pending before the Court is the parties' first stipulated request, filed on August 25, 2023, to extend the time within which Plaintiff must file an opening brief from August 28, 2023, to October 27, 2023.  (Doc. 10).  Plaintiff's counsel attests to having "a significant backlog in her work load." *Id*. at 1.

Accordingly, for good cause shown, IT IS HEREBY ORDERED:

1.  Plaintiff shall file the opening brief on or before October 27, 2023; and

/ / /

/ / /

1

2. The timelines for the filing of a response brief and reply remain governed by the Court's Scheduling Order (Doc. 3).

IT IS SO ORDERED.

Dated:   **August 28, 2023**

_____
UNITED STATES MAGISTRATE JUDGE